**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Rhonda<br>First name<br><br>Gay Aden<br>Middle name<br><br>Kahn<br>Last name and Suffix (Sr., Jr., II, III) | Ivan<br>First name<br><br>Paul<br>Middle name<br><br>Kahn<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | AKA Rhonda Kahn | AKA Ivan Kahn |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1234 | xxx-xx-4103 |

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number *(if known)* |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

| **5.** | **Where you live** | | **If Debtor 2 lives at a different address:** |
|---|---|---|---|
| | | 2620 Hillgate Ct<br>Snellville, GA 30039<br><br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | | Gwinnett<br>County | County |
| | | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.**   Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |

| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | Rhonda Gay Aden Kahn | Case number (if known) | |
|---|---|---|---|
| Debtor 2 | Ivan Paul Kahn | | |

---

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☒ Yes.

| Debtor | Quality Aircraft Tooling Inc | Relationship to you | business |
|---|---|---|---|
| District | Northen | When | 11/30/23 | Case number, if known | 23-61841 |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☒ No.    Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Rhonda Gay Aden Kahn |
|----------|----------------------|
| Debtor 2 | Ivan Paul Kahn |

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|----------------------------------------------------------|

**12.** **Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|------------------------------------------------------------------------------------------------|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | Rhonda Gay Aden Kahn | Case number *(if known)* |
|----------|----------------------|--------------------------|
| Debtor 2 | Ivan Paul Kahn | |

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number *(if known)* _____

---

## Part 6:  Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

**16a.**  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.**  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.**  State the type of debts you owe that are not consumer debts or business debts

_____

---

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Rhonda Gay Aden Kahn | /s/ Ivan Paul Kahn |
|---|---|
| Rhonda Gay Aden Kahn | Ivan Paul Kahn |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   February 5, 2024 | Executed on   February 5, 2024 |
| MM / DD / YYYY | MM / DD / YYYY |

---

| Debtor 1 | Rhonda Gay Aden Kahn | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | Ivan Paul Kahn | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Ian Falcone                                  Date      February 5, 2024
Signature of Attorney for Debtor                          MM / DD / YYYY

Ian Falcone 254470
Printed name

The Falcone Law Firm, PC
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056
Number, Street, City, State & ZIP Code

Contact phone   (770) 426-9359          Email address    imf@falconefirm.com

254470 GA
Bar number & State

| Fill in this information to identify your case: | |
|---|---|

Debtor 1     Rhonda Gay Aden Kahn
_____
First Name          Middle Name          Last Name

Debtor 2     Ivan Paul Kahn
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number
(if known)      _____

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

☒ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $0.00 | ☒ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips | $26,000.00 | ☒ Wages, commissions, bonuses, tips | $15,600.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | Rhonda Gay Aden Kahn | | | | | |
|----------|----------------------|--|--|--|--|--|
| Debtor 2 | Ivan Paul Kahn | | | Case number *(if known)* | | |

| | Debtor 1 | | Debtor 2 | |
|--|----------|--|----------|--|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** (January 1 to December 31, 2022 ) | ☒ Wages, commissions, bonuses, tips | $90,000.00 | ☒ Wages, commissions, bonuses, tips | $54,000.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|--|----------|--|----------|--|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $3,225.70 | Social Security Benefits | $3,485.20 |
| **For last calendar year:** (January 1 to December 31, 2023 ) | Social Security Benefits | $6,756.30 | Social Security Benefits | $33,658.90 |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---------|----------------------------------------------------------------|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☒ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
*   \* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|-----------------------------|------------------|-------------------|----------------------|--------------------------|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|----------------------------|------------------|-------------------|----------------------|-------------------------|

| Debtor 1 | Rhonda Gay Aden Kahn | |
|----------|----------------------|---|
| Debtor 2 | Ivan Paul Kahn | Case number (*if known*) |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
☒ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|----------------------------|------------------|-------------------|----------------------|---------------------------------------------------|
| Quality Aircraft Tooling | Sept 2023 | $5,540.35 | $0.00 | FedEx payment on behalf of QAT |
| Quality Aircraft Tooling | Sept 2023 | $2,437.00 | $0.00 | EIDL payment to SBA |
| Quality Aircraft Tooling | Oct 2023 | $1,298.00 | $0.00 | heating service |
| Quality Aircraft Tooling | Sept 2023 | $998.00 | $0.00 | Intech loan payment |
| Quality Aircraft Tooling | Nov 2023<br>Jan 2024 | $786.00 | $0.00 | QB monthly subscription |
| Quality Aircraft Tooling | Nov 2023 | $191.00 | $0.00 | phone system for business |
| AIM27 | Dec 2023 | $149.00 | $0.00 | service payment |
| Quality Aircraft Tooling | Nov 2023 | $146.00 | $0.00 | storage space for QAT |
| Quality Aircraft Tooling | Nov 2023 | $125.00 | $0.00 | Microsoft office monthly payment |
| Quality Aircraft Tooling | Dec 2023 | $69.00 | $0.00 | Kickstarter.com short-term VPN tool |
| Quality Aircraft Tooling | Dec 2023 | $60.00 | $0.00 | Splashtop.com short-term VPN Tool |
| AIM27 | Nov-Dec 2023 | $60.00 | $0.00 | Intuit QB service payment |
| Quality Aircraft Tooling | Nov 2023 | $28.57 | $0.00 | Uhaul truck to move files to storage |
| Quality Aircraft Tooling | Dec 2023 | $2,822.11 | $0.00 | Cigna health insurance payments for employees |
| Quality Aircraft Tooling | Jan 2024 | $6,446.34 | $0.00 | employee payroll (Brandon, Gabrielle and Julie) |
| Quality Aircraft Tooling | Aug-Sept 2023 | $5,208.93 | $0.00 | Marietta Power |
| Quality Aircraft Tooling | 2023 | $269.85 | $0.00 | Adobe |
| Quality Aircraft Tooling | 2023 | $119.50 | $0.00 | GSCCA fees |
| Quality Aircraft Tooling Inc | 2023 | $150,545.00 | $0.00 | JPMorgan Chase payments on behalf of QAT |

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Quality Aircraft Tooling, Inc | 2023 | $42,674.00 | $0.00 | Amex payments on behalf of QAT |
| Quality Aircraft Tooling Inc | 2023 | $10,028.00 | $0.00 | American General Life Insurance payments paid on behalf of QAT, AIM27 and debtors |
| Quality Aircraft Tooling Inc | 202 | $5,114.00 | $0.00 | Truist payments on Mastercard to fund SBA loan payments |
| Quality Aircraft Tooling Inc | 2023 | $3,187.00 | $0.00 | Truist payments made on behalf of QAT |

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Capital Express Group LLC v Quality Aircraft Tooling, inc dba QAT and Rhonda Kahn<br>512100/2023 | Civil | Supreme Court of the State of NY County of Kings | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Green Note Capital Partners SPV LLC v Quality Aircraft Tooling Inc dba Quality Aircraft Tooling    and Rhonda Kahn<br>614399/2023 | Civil | Supreme Court of The State of NY County of Nassau | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Kapitus Servicing Inc v Quality Aircraft Tooling Inc dba Quality Aircraft Tooling/Aero Info and Rhonda Kahn | Civil | Circuit Court of City of Richmond | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Meridian Equipment Finance LLC v Quality Aircraft Tooling Inc, Alias Aero Info and Rhonda Gay Aden Kahn<br>240100838 | Civil | Philadelphia County Court of Common Pleas | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| SouthState Bank v Quality Aircraft Tooling Inc, AIM27, Rhonda Kahn and Ivan Kahn<br>23-C-08332-S3 | Civil | State Court of Gwinnett County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Capital Express Inc v Quality Aircraft Tooling Inc dba QAT and Rhonda Kahn<br>537395/2023 | Civil | Supreme Court of NY Kings County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Rhonda Gay Aden Kahn | | | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Ivan Paul Kahn | | | |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington National Bank v Quality Aircraft Tooling, Inc, Rhonda Kahn and Ivan Kahn 23-cv-02044 | Civil | United States District Court of Minnesota | ☒ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☐ No
☒ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Truist Bank | Setoff of bank account-business debt with possible personal guaranty Last 4 digits of account number: ___9637___ | 02.02.24 | $4,410.00 |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Goodwill | various clothing | 2022-2023 | $2,000.00 |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number *(if known)* |

---

**Part 7:    List Certain Payments or Transfers**

---

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Falcone Law Firm PC<br>363 Lawrence St<br>Marietta, GA 30060 | Additional fees for representation in bankruptcy case after partial credit for retainer fee from state court litigation. | 01.11.24 | $2,500.00 |
| The Falcone Law Firm PC | Retainer fee for representation of individuals only in Southstate Bank v. QAT, AIM27, Rhonda Kahn and Ivan Kahn (Gwinnett County State Court 23-08332-9S3) | 12.2023 | $7,500.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ☒ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☒ No
   ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

   ☒ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number *(if known)* _____ |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Connexus Credit Union | **XXXX**-9660 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other  credit union | 4.30.23 | $0.00 |

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☒ Yes.   Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Quality Aircraft Tooling Inc | Extra Space storage facility and Debtor's home 2620 Hill Gate Ct | accounting & corporate records-$0Work laptop-Dell XPS - $500 | $500.00 |
| Trust | 2620 Hill Gate | guns | Unknown |

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | |
| | | Case number *(if known)* |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

## Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☒ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.   Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| AIM27 Inc<br>2620 Hill Gate Ct<br>Snellville, GA 30039 | holding company of Quality Aircraft Tooling Inc<br><br>Rhonda Kahn-Bookkeeper & Birnbrey Minsk-accountants | **EIN:**   821307194<br><br>**From-To**   4.17.17-1.31.24 | |
| Quality Aircraft Tooling Inc<br>1048 King Industrial Dr<br>Marietta, GA 30062 | manufacturer<br><br>Rhonda Kahn-Bookkeeper & Birnbrey Minsk-accountant | **EIN:**   58-1571275<br><br>**From-To**   8.1.17-11.30.23 | |

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number (*if known*) |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
☒ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Unknown | unknown |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Rhonda Gay Aden Kahn | /s/ Ivan Paul Kahn |
|---|---|
| Rhonda Gay Aden Kahn | Ivan Paul Kahn |
| **Signature of Debtor 1** | **Signature of Debtor 2** |

| Date | February 5, 2024 | Date | February 5, 2024 |
|---|---|---|---|

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Ivan Paul Kahn | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number | | ☐ Check if this is an amended filing |

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

| 1.1 | | |
|---|---|---|

2620 Hill Gate Ct
_____
Street address, if available, or other description

Snellville          GA       30039
_____
City                State      ZIP Code

Gwinnett
_____
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

| FMV per Redfin 01.17.24 | $463395 |
| First Mortgage | $. 71476 |
| Second Mortgage | $  40631 |
| COS (10%) | $.  46339 |
| South State Bank (SBA) | $785965 |
| No equity | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $463,395.00 | $463,395.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Joint tenant

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**     | $463,395.00 |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Rhonda Gay Aden Kahn | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | Ivan Paul Kahn | | |

**3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | Tesla | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | Y | ☐ Debtor 1 only | | |
| | Year: | 2023 | ☒ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 2000 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | excellent -value per Edmund's | | ☐ Check if this is community property *(see instructions)* | $35,000.00 | $35,000.00 |

| 3.2 | Make: | Chevrolet Corvette Grand Sport | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | Convertible | ☒ Debtor 1 only | | |
| | Year: | 2019 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 20750 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | very good condition-value per Edmunds | | ☐ Check if this is community property *(see instructions)* | $50,000.00 | $50,000.00 |

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=> | $85,000.00 |
|---|---|---|

**Part 3:**    Describe Your Personal and    Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.    Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

| bedroom furniture, living room furniture, kitchen furniture, W/D, large appliances, office furniture | $5,500.00 |
|---|---|
| antique dining room furniture | $1,500.00 |

**7.    Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

| tv | $500.00 |
|---|---|

**8.    Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe.....

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

02/05/24 5:02 PM

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number *(if known)*

| | |
|---|---|
| 2 sets family heirloom china | $350.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes.   Describe.....

| | |
|---|---|
| 2-scuba diving gear (wetsuits, bcds, regulators, dive computers, etc) $1700<br>20 year old Gold's gym $500 | $2,075.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☒ Yes.   Describe.....

| | |
|---|---|
| 357 Magnum handgun | $450.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.   Describe.....

| | |
|---|---|
| normal $1500<br>45 yo fox fur jacket $250 | $1,750.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes.   Describe.....

| | |
|---|---|
| Men's Rolex $2500<br>Custom ladies wedding ring $5000<br>Other jewelry $2500<br>(estimated auction value) | $10,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes.   Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☒ Yes.   Give specific information.....

| | |
|---|---|
| pool table-20 years old | $500.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| $22,625.00 |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes.................................................................................................................................

| | | |
|---|---|---|
| | Cash | $100.00 |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number *(if known)* |

**17.   Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking | Truist Bank x9637 | $4,747.06 |
| 17.2. | Checking | Chase Bank x9837 receives SS only | $469.20 |
| 17.3. | Checking | Chase Bank x3735 receives SS only | $583.94 |
| 17.4. | Checking | Chase x0007 | $12.00 |

**18.   Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.................      Institution or issuer name:

**19.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes.    Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| AIM27 Inc | | |
| holding company being closed. The only holding | | |
| was Quality Aircraft Tooling which is in bankruptcy | | |
| Assets: 0 | | |
| Debts: $850000 (South State consent judgment) | | |
| plus approximately $1,500,000 | 1%      % | $0.00 |

**20.   Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them

Issuer name:

**21.   Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | Vanguard- Rollover IRA | $1,147,989.00 |
| IRA | Vanguard- Rollover IRA | $1,525,455.00 |

**22.   Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes. ....................       Institution name or individual:

**23.   Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number *(if known)* |

☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.   Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.   Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.   Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| AGL term life $750,000 for each debtor. $500,000 per each pledged to SouthState Bank per SBA loan | Ivan/Rhonda Kahn | $0.00 |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
someone has died.
☒ No
☐ Yes.   Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.   Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

**35.  Any financial assets you did not already list**
☐ No
☒ Yes.   Give specific information..

---

Official Form 106A/B        Schedule A/B: Property        page 5

| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 | Ivan Paul Kahn |

Case number *(if known)* _____

| loan to QAT ($900,000)(amount is uncollectible) | $0.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................ | $2,679,356.20 |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | $0.00 |

**Part 8:    List the Totals of Each Part of this Form**

| 55. **Part 1: Total real estate, line 2**  ....................................................................................... | | $463,395.00 |
|---|---|---|
| 56. **Part 2: Total vehicles, line 5** | $85,000.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $22,625.00 | |
| 58. **Part 4: Total financial assets, line 36** | $2,679,356.20 | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $2,786,981.20 | Copy personal property total    $2,786,981.20 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | $3,250,376.20 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ivan Paul Kahn | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2019   Chevrolet Corvette Grand Sport Convertible 20750 miles very good condition-value per Edmunds<br>Line from *Schedule A/B*: 3.2 | $50,000.00 | ☒ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| 2019   Chevrolet Corvette Grand Sport Convertible 20750 miles very good condition-value per Edmunds<br>Line from *Schedule A/B*: 3.2 | $50,000.00 | ☒ $7,983.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| bedroom furniture, living room furniture, kitchen furniture, W/D, large appliances, office furniture<br>Line from *Schedule A/B*: 6.1 | $5,500.00 | ☒ $5,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| antique dining room furniture<br>Line from *Schedule A/B*: 6.2 | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| tv<br>Line from *Schedule A/B*: 7.1 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2 sets family heirloom china<br>Line from *Schedule A/B*: 8.1 | $350.00 | ☒ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| 2-scuba diving gear (wetsuits, bcds, regulators, dive computers, etc) $1700<br>20 year old Gold's gym $500<br>Line from *Schedule A/B*: 9.1 | $2,075.00 | ☒ $2,075.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| 357 Magnum handgun<br>Line from *Schedule A/B*: 10.1 | $450.00 | ☒ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| normal $1500<br>45 yo fox fur jacket $250<br>Line from *Schedule A/B*: 11.1 | $1,750.00 | ☒ $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Men's Rolex $2500<br>Custom ladies wedding ring $5000<br>Other jewelry $2500<br>(estimated auction value)<br>Line from *Schedule A/B*: 12.1 | $10,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| Men's Rolex $2500<br>Custom ladies wedding ring $5000<br>Other jewelry $2500<br>(estimated auction value)<br>Line from *Schedule A/B*: 12.1 | $10,000.00 | ☒ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| pool table-20 years old<br>Line from *Schedule A/B*: 14.1 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $100.00 | ☒ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Truist Bank x9637<br>Line from *Schedule A/B*: 17.1 | $4,747.06 | ☒ $4,747.06<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Chase Bank x9837 receives SS only<br>Line from *Schedule A/B*: 17.2 | $469.20 | ☒ $469.20<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Chase Bank x3735 receives SS only<br>Line from *Schedule A/B*: 17.3 | $583.94 | ☒ $583.94<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Chase x0007<br>Line from *Schedule A/B*: 17.2 | $12.00 | ☒ $12.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Vanguard- Rollover IRA<br>Line from *Schedule A/B*: 21.1 | $1,147,989.00 | ☒ $1,147,989.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2.1) |
| Vanguard- Rollover IRA<br>Line from *Schedule A/B*: 21.2 | $1,525,455.00 | ☒ $1,525,455.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2.1) |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| | First Name                Middle Name                Last Name |
| Debtor 2 | Ivan Paul Kahn |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | Gm Financial | Describe the property that secures the claim: | $37,002.00 | $50,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    2022-09

Describe the property that secures the claim:

2019   Chevrolet Corvette Grand Sport
Convertible 20750 miles
very good condition-value per
Edmunds

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    6725

| Debtor 1 | Rhonda Gay Aden Kahn | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Ivan Paul Kahn | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 | South State Bank successor by merger | | $785,965.00 | $463,395.00 | $434,677.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

2620 Hill Gate Ct, Snellville, GA 30039
Gwinnett County FMV per Redfin
01.17.24          $463395First
Mortgage
$. 71476Second Mortgage
$   40631COS (10%)
$.   46339South State Bank (SBA)
$785965No equity

Atlantic Capital Bank
1101 1 st S
Winter Haven, FL 33880

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| 2.3 | Td Auto Finance | | $52,104.00 | $35,000.00 | $17,104.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

2023 Tesla Y 2000 miles
excellent -value per Edmund's

Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI
48333-9223

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  2023-09   **Last 4 digits of account number**   1511

---

Official Form 106D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 4

| | | | |
|---|---|---|---|

Debtor 1    Rhonda Gay Aden Kahn
    First Name      Middle Name      Last Name

Debtor 2    Ivan Paul Kahn
    First Name      Middle Name      Last Name

Case number (if known) _____

---

**2.4**   Truist Bank               $40,631.00    $463,395.00    $0.00
Creditor's Name

**Describe the property that secures the claim:**
2620 Hill Gate Ct, Snellville, GA 30039
Gwinnett County FMV per Redfin
01.17.24        $463395First
Mortgage
$. 71476Second Mortgage
$   40631COS (10%)
$.   46339South State Bank (SBA)
$785965No equity

Attn: Bankruptcy
214 N Tryon St
Ste 3
Charlotte, NC 28202-1023
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2014-11-14    Last 4 digits of account number   3998

---

**2.5**   Wells Fargo Hm Mortgag        $71,476.00    $463,395.00    $0.00
Creditor's Name

**Describe the property that secures the claim:**
2620 Hill Gate Ct, Snellville, GA 30039
Gwinnett County FMV per Redfin
01.17.24        $463395First
Mortgage
$. 71476Second Mortgage
$   40631COS (10%)
$.   46339South State Bank (SBA)
$785965No equity

Written Correspondence
Resolutions
PO Box 10335
Des Moines, IA
50306-0335
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2009-06-30    Last 4 digits of account number   5882

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $987,178.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $987,178.00 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
Gm Financial
PO Box 181145
Arlington, TX 76096-1145

On which line in Part 1 did you enter the creditor?   2.1

Last 4 digits of account number ___

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 4

02/05/24 5:02 PM

| | | |
|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn | Case number (if known) |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | Ivan Paul Kahn | |
| | First Name          Middle Name          Last Name | |

[ ]   Name, Number, Street, City, State & Zip Code
     Golder Law LLC
     101 Village Pkwy
     Building 1, Suite 400
     Marietta, GA 30067

On which line in Part 1 did you enter the creditor?  2.2

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
     Td Auto Finance
     PO Box 9223
     Farmington, MI 48333-9223

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
     Truist Bank
     PO Box 849
     Wilson, NC 27894-0849

On which line in Part 1 did you enter the creditor?  2.4

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Ivan Paul Kahn |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Georgia Department of Revenue | Last 4 digits of account number | Unknown | Unknown | Unknown |
| Priority Creditor's Name | | | | |
| Compliance Division | When was the debt incurred? | | | |
| ARCS - Bankruptcy | | | | |
| 1800 Century Blvd NE, Suite 9100 | | | | |
| Atlanta, GA 30345-3202 | | | | |

Number Street City State Zip Code
As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Contingent
☐ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☒ Disputed
☐ Debtor 1 and Debtor 2 only
**Type of PRIORITY unsecured claim:**
☒ At least one of the debtors and another
☐ Domestic support obligations
☒ **Check if this claim is for a   community debt**
☒ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated
☒ No
☐ Other. Specify
☐ Yes
business debt payroll tax possible personal guaranty

| **2.2** Georgia Dept of Labor | Last 4 digits of account number | $1,780.56 | $1,780.56 | $0.00 |
|---|---|---|---|---|
| Priority Creditor's Name | | | | |
| 148 Andrew Young International Blvd, NE | When was the debt incurred? | 2023 | | |
| Suite 752 | | | | |
| Atlanta, GA 30303-1751 | | | | |

Number Street City State Zip Code
As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Contingent
☐ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only
**Type of PRIORITY unsecured claim:**
☒ At least one of the debtors and another
☐ Domestic support obligations
☐ **Check if this claim is for a   community debt**
☒ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated
☒ No
☐ Other. Specify
☐ Yes
business debt possible personal guaranty

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number (if known) |

| 2.3 | Internal Revenue Service | Last 4 digits of account number | _____ | Unknown | Unknown | Unknown |

Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

business debt payroll & FICA taxes possible personal guarant

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|

| 4.1 | Accurate Screw Machine | Last 4 digits of account number | _____ | $960.64 |

Nonpriority Creditor's Name
10 Audrey Place
Fairfield, NJ 07004
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.2 | Aeroxchange | Last 4 digits of account number | _____ | $1,102.50 |

Nonpriority Creditor's Name
PO Box 975547
Dallas, TX 75397-5547
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|----------|----------------------|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.3**  AGM Fabric

Nonpriority Creditor's Name
27721 Pacific Hwy
Federal Way, WA 98003
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$7,109.82

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

---

**4.4**  Air Products Co

Nonpriority Creditor's Name
78 Dawson Village Way N
Suite 140-127
Dawsonville, GA 30534
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$2,353.64

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

---

**4.5**  Air Specialists

Nonpriority Creditor's Name
PO Box 4185
Marietta, GA 30061
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$10,622.23

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

---

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

| 4.6 | Aircraft Hose Store | Last 4 digits of account number _____ | $122.43 |
|---|---|---|---|

Nonpriority Creditor's Name
7800 Freedom Ave NW, North
North Canton, OH 44720
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.7 | Aircraft Inventory Management & Services | Last 4 digits of account number _____ | $215.50 |
|---|---|---|---|

Nonpriority Creditor's Name
14936 Trend Dr
Dallas, TX 75234
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.8 | Aircraft Spruce | Last 4 digits of account number _____ | $91.94 |
|---|---|---|---|

Nonpriority Creditor's Name
225 Airport Circle
Corona, CA 92880
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

| 4.9 | All Vac Industries Inc | Last 4 digits of account number _____ | $64.00 |
|---|---|---|---|

Nonpriority Creditor's Name
7350 N Central Ave
Skokie, IL 60076

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.10 | Amazon | Last 4 digits of account number _____ | $7,632.74 |
|---|---|---|---|

Nonpriority Creditor's Name
410 Terry Ave N
Seattle, WA 98109

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.11 | Ameripress Printing | Last 4 digits of account number _____ | $401.75 |
|---|---|---|---|

Nonpriority Creditor's Name
200 Fairground St NE
Marietta, GA 30060

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.1 2**

| Amex | Last 4 digits of account number | 9823 | $33,342.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

**When was the debt incurred?** 2006-01

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.1 3**

| Amex | Last 4 digits of account number | 6163 | $13,307.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

**When was the debt incurred?** 2006-05

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.1 4**

| Amex | Last 4 digits of account number | 6083 | $13,307.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

**When was the debt incurred?** 2006-05

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

**4.15**

Amex                                               **Last 4 digits of account number** _____          $4,469.00
Nonpriority Creditor's Name
PO Box 60189                                       **When was the debt incurred?** _____
City of Industry, CA 91716-0189
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☒ Disputed
☒ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**     ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  line of credit business debt possible personal
☐ Yes                                             ☒ Other. Specify  guaranty

---

**4.16**

Amex                                               **Last 4 digits of account number** _____          Unknown
Nonpriority Creditor's Name
PO box 60189                                       **When was the debt incurred?** _____
City of Industry, CA 91716-0189
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☒ Disputed
☒ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**     ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  Credit card purchases-business debt possible
☐ Yes                                             ☒ Other. Specify  personal guaranty

---

**4.17**

Anderson Process                                   **Last 4 digits of account number** _____          $115.82
Nonpriority Creditor's Name
21365 Gateway Court                                **When was the debt incurred?** _____
Brookfield, WI 53045
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☒ Disputed
☒ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**     ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ☒ Other. Specify  business debt possible personal guaranty

---

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.18** | Applied Industrial Technologies | **Last 4 digits of account number** _____ | $4,003.47 |

Nonpriority Creditor's Name
22510 Network Pl
Chicago, IL 60673-1225
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| | | | |
|---|---|---|---|
| **4.19** | Arc Document Solutions LLC | **Last 4 digits of account number** _____ | $584.29 |

Nonpriority Creditor's Name
PO Box 953466
Saint Louis, MO 63195-3466
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| | | | |
|---|---|---|---|
| **4.20** | Ashley Sling Inc | **Last 4 digits of account number** _____ | $8,830.46 |

Nonpriority Creditor's Name
PO box 44413
Atlanta, GA 30336
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number (if known) _____

---

| 4.2 1 | **Atlanta Caster** | | **Last 4 digits of account number** _____ | | $2,782.33 |

Nonpriority Creditor's Name
1810 E Auger Dr
Tucker, GA 30084
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.2 2 | **Atlanta Technology Services** | | **Last 4 digits of account number** _____ | | $719.96 |

Nonpriority Creditor's Name
1152 Grassmeade Way
Snellville, GA 30078
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.2 3 | **Authorize.net** | | **Last 4 digits of account number** _____ | | $30.00 |

Nonpriority Creditor's Name
PO Box 947
American Fork, UT 84003-0947
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

Debtor 1   Rhonda Gay Aden Kahn

Debtor 2   Ivan Paul Kahn

Case number (if known) _____

---

| 4.2 4 | Aviall | Last 4 digits of account number _____ | | $56.65 |

Nonpriority Creditor's Name

2750 Regent Blvd

Dallas, TX 75261

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

| 4.2 5 | Avibank Manufacturing Inc | Last 4 digits of account number _____ | | $37,427.02 |

Nonpriority Creditor's Name

29312 Network Place

Chicago, IL 60673-1293

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

| 4.2 6 | AWC Atl | Last 4 digits of account number _____ | | $526.41 |

Nonpriority Creditor's Name

PO Box 974800

Dallas, TX 75397-4800

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1    Rhonda Gay Aden Kahn

Debtor 2    Ivan Paul Kahn

Case number (if known)

---

| 4.27 | **B&B Aircraft Supplies** | | **Last 4 digits of account number** _____ | $10.80 |
|---|---|---|---|---|

Nonpriority Creditor's Name

617 Pacific Ave

Osawatomie, KS 66064

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    business debt possible personal guaranty

---

| 4.28 | **Barclays Bank/Old Navy** | | **Last 4 digits of account number** x760 | $497.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060

Orlando, FL 32896-5060

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** 2002-11

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    Credit card purchases

---

| 4.29 | **Best Buy/Cbna** | | **Last 4 digits of account number** 6263 | $1,300.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized Bankruptcy

PO Box 790040

Saint Louis, MO 63179-0040

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** 2004-09

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    Credit card purchases

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

| 4.3 0 | **Bibb Controls Systems** | **Last 4 digits of account number** _____ | $9,324.12 |

Nonpriority Creditor's Name
2909 Lanier Heights Rd
Macon, GA 31217

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.3 1 | **Birnbrey, Minsk, MInsk & Perling LLC** | **Last 4 digits of account number** _____ | $2,000.00 |

Nonpriority Creditor's Name
1801 Peachtree St NE
Suite 300
Atlanta, GA 30309-1815

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.3 2 | **Boeing Commercial Airplanes** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
PO Box 3707
Seattle, WA 98124-2207

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number *(if known)* _____

---

| 4.3 3 | | | |
|---|---|---|---|
| Boeing Intellectual Property Licensing | **Last 4 digits of account number** _____ | | $5,000.00 |
| Nonpriority Creditor's Name | | | |
| 12090 collections Center Dr | **When was the debt incurred?** _____ | | |
| Chicago, IL 60693 | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | ☐ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ☒ Disputed | | |
| ☒ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ☒ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ☒ Other. Specify    business debt possible personal guaranty | | |

---

| 4.3 4 | | | |
|---|---|---|---|
| Bowstone | **Last 4 digits of account number** _____ | | $5,176.50 |
| Nonpriority Creditor's Name | | | |
| 150 Christa Ct | **When was the debt incurred?** _____ | | |
| Ball Ground, GA 30107 | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | ☐ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ☒ Disputed | | |
| ☒ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ☒ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ☒ Other. Specify    business debt possible personal guaranty | | |

---

| 4.3 5 | | | |
|---|---|---|---|
| Capital Express Group LLC c/o | **Last 4 digits of account number** _____ | | $220,159.00 |
| Nonpriority Creditor's Name | | | |
| David Fogel | **When was the debt incurred?** _____ | | |
| 1225 Franklin Ave | | | |
| Suite 201 | | | |
| Garden City, NY 11530 | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | ☐ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ☒ Disputed | | |
| ☒ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ☒ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ☒ Other. Specify    business lawsuit possible personal guaranty | | |

---

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

**4.3 6**

Capital Express Inc

Nonpriority Creditor's Name

405 Lexington Ave
Suite 900
New York, NY 10174

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

$35,773.00

---

**4.3 7**

Capital on Tap

Nonpriority Creditor's Name

675 Ponce de Leon #8500
Atlanta, GA 30308

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☒ No

- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    credit card business debt possible personal guaranty

$21,088.00

---

**4.3 8**

CB2 Resorces LLC

Nonpriority Creditor's Name

455 Lincoln Pkwy E
Suite 550
Atlanta, GA 30346

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

Unknown

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

| **4.3 9** | Cintas | Last 4 digits of account number _____ | $1,079.41 |

Nonpriority Creditor's Name
FAS Lockbox 636525
PO Box 636525
Cincinnati, OH 45263-6525

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

---

| **4.4 0** | Circle A Fences | Last 4 digits of account number _____ | $3,636.00 |

Nonpriority Creditor's Name
1589 Canton Rd
Marietta, GA 30066

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

---

| **4.4 1** | Circle Valve Technologies Inc | Last 4 digits of account number _____ | $4,756.10 |

Nonpriority Creditor's Name
1533 Gemma
Harleysville, PA 19438

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.4 2**

**Citicards Cbna**
Nonpriority Creditor's Name
Citicorp Cr Srvs/Centralized
Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    4598

**When was the debt incurred?**    2000-05-01

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Credit card purchases

$24,291.00

---

**4.4 3**

**Cobb Tool Inc**
Nonpriority Creditor's Name
5886 Dodgen Rd SW
Mableton, GA 30126
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

$8,500.00

---

**4.4 4**

**Colliflower Hose & Fittings**
Nonpriority Creditor's Name
1890 WEst Oak Pkwy
Marietta, GA 30062
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    business debt possible personal guaranty

$434.30

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.4 5**

**Comenitycb/ulta Mc**
Nonpriority Creditor's Name
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** 9225                                    $7,669.00

**When was the debt incurred?** 2019-03

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Credit card purchases

---

**4.4 6**

**Crestwood Financial Group**
Nonpriority Creditor's Name
One Odell Plaza
Suite 139
Yonkers, NY 10701
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____                                    $43,486.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   business debt possible personal guaranty

---

**4.4 7**

**CT Corporation System**
Nonpriority Creditor's Name
Attn: SPRS
330 N Brand Blvd
Suite 700

Glendale, CA 91203
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____                                    Unknown

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.48** | DB Roberts Company | **Last 4 digits of account number** _____ | $127.50 |

Nonpriority Creditor's Name
Box 405026
6000 Feldwood Rd
Atlanta, GA 30349

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **4.49** | Digi-Key | **Last 4 digits of account number** _____ | $72.15 |

Nonpriority Creditor's Name
701 Brooks Ave South

Thief River Falls, MN 56701

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **4.50** | Digital Fed Credit Uni | **Last 4 digits of account number** 1143 | $9,509.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
220 Donald Lynch Blvd
Marlborough, MA 01752-4708

**When was the debt incurred?** 2020-11

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   personal loan used for business

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

| | | |
|---|---|---|
| **4.5 1** | Digital Fed Credit Uni | Last 4 digits of account number | x142 | $4,226.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
220 Donald Lynch Blvd
Marlborough, MA 01752-4708

**When was the debt incurred?**    2020-11

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

---

| | | |
|---|---|---|
| **4.5 2** | Don Leviton | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
One Pierce Plance
Suite 725W
Itasca, IL 60143

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| | | |
|---|---|---|
| **4.5 3** | E3 Welding | Last 4 digits of account number | $1,100.00 |

Nonpriority Creditor's Name
4329 Highborne Dr NE
Marietta, GA 30066

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

| 4.5 4 | ebay |
|---|---|

Nonpriority Creditor's Name

2025 Hamilton Ave

San Jose, CA 95125

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____      $58.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

| 4.5 5 | ECAS LLC |
|---|---|

Nonpriority Creditor's Name

399 East Dr

Melbourne, FL 32904

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____      $908.61

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

| 4.5 6 | EDM Technologies Inc |
|---|---|

Nonpriority Creditor's Name

325 Bell Park Dr

Woodstock, GA 30188

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____      $225.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

| 4.5 7 | EnviroServe Chemicals Inc | Last 4 digits of account number _____ | $1,979.35 |
|---|---|---|---|

Nonpriority Creditor's Name
603 South Wilson Ave
Dunn, NC 28334

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.5 8 | Envision Health | Last 4 digits of account number _____ | $1,971.00 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 13599

Philadelphia, PA 19101

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**   2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   medical

---

| 4.5 9 | esheaves.com | Last 4 digits of account number _____ | $70.00 |
|---|---|---|---|

Nonpriority Creditor's Name
901 Industrial Blvd
Naples, FL 34104

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

| 4.6 0 | **EURO Machine Building Co Inc** | **Last 4 digits of account number** _____ | $41,500.32 |
|---|---|---|---|

Nonpriority Creditor's Name
PO    Box 2624
Loganville, GA 30052

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.6 1 | **Fastenal** | **Last 4 digits of account number** _____ | $9.93 |
|---|---|---|---|

Nonpriority Creditor's Name
2255 McCollum Pkwy
Suite 400
Kennesaw, GA 30144

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.6 2 | **FedEx International** | **Last 4 digits of account number** _____ | $479.85 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 660481
Dallas, TX 75266-0481

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

Debtor 1  Rhonda Gay Aden Kahn

Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

| 4.6 3 | Flo-Control | Last 4 digits of account number _____ | $3,534.27 |

Nonpriority Creditor's Name

80 Center Dr

Cartersville, GA 30121

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

| 4.6 4 | Ford Tool and Carbide | Last 4 digits of account number _____ | $4,417.20 |

Nonpriority Creditor's Name

PO Box576

Birmingham, AL 35201

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

| 4.6 5 | Fredrick0Shelton & Associates Inc | Last 4 digits of account number _____ | $1,700.00 |

Nonpriority Creditor's Name

PO Box 1405

Suwanee, GA 30024

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   business debt possible personal guaranty

---

02/05/24 5:02 PM

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number (if known) _____

| | | |
|---|---|---|
| **4.66** | Georgias Own Cu | |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 105205
Atlanta, GA 30348-5205

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  7291

**When was the debt incurred?**  2020-11

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   personal loan used for business

$8,780.00

---

| | | |
|---|---|---|
| **4.67** | Georgias Own Cu | |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 105205
Atlanta, GA 30348-5205

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  7792

**When was the debt incurred?**  2020-11

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Credit card purchases

$4,447.00

---

| | | |
|---|---|---|
| **4.68** | Goldman Sachs and Co | |

Nonpriority Creditor's Name
Salt Lake City Branch
PO Box 70321
Philadelphia, PA 19176-0321

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  9393

**When was the debt incurred?**  2020-03

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Credit card purchases used for business

$19,878.00

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

| 4.6 9 | Green Note Capital Partners SPV LLC | Last 4 digits of account number _____ | $71,968.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Berkovitch & Bouskila
1545 US 202, Suite 101
Pomona, NY 10970

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business lawsuit possible personal guaranty

---

| 4.7 0 | HFH RG Funding | Last 4 digits of account number _____ | $59,122.00 |
|---|---|---|---|

Nonpriority Creditor's Name
1876 Lakewood Rd #7
Toms River, NJ 08755

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.7 1 | HIghland Capital Corporation | Last 4 digits of account number _____ | $55,333.00 |
|---|---|---|---|

Nonpriority Creditor's Name
370 Pascack Rd
Township of Washington, NJ 07676

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

| 4.7 2 | Home Depot | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** _____ | $850.90 |
| | 449 Roberts Ct NW | | |
| | Kennesaw, GA 30144 | **When was the debt incurred?** _____ | |

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

| 4.7 3 | Hose Warehouse/Murdock Industrial Inc | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** _____ | $95.52 |
| | 553 Carroll St | | |
| | Akron, OH 44304 | **When was the debt incurred?** _____ | |

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

| 4.7 4 | Hydradyne LLC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** _____ | $11,632.47 |
| | PO Box 974799 | | |
| | Dallas, TX 75397 | **When was the debt incurred?** _____ | |

Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.75**

**Hydraflow**
Nonpriority Creditor's Name
1881 W Malvern
Fullerton, CA 92833
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

$300.00

---

**4.76**

**Jergens Inc**
Nonpriority Creditor's Name
15700 South Waterloo Rd
Cleveland, OH 44110
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

$31,140.00

---

**4.77**

**Johnson Integration Tech**
Nonpriority Creditor's Name
10703 W Seminole St
Tulsa, OK 74115
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

$12,040.45

---

| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.78**

| Joyce Dayton Corp | Last 4 digits of account number _____ | $6,500.00 |
|---|---|---|

Nonpriority Creditor's Name
3300 South Dixie Dr
Dayton, OH 45439

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.79**

| Jpmcb Card | Last 4 digits of account number   3125 | $26,184.00 |
|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

**When was the debt incurred?**   1995-09-20

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.80**

| Jpmcb Card | Last 4 digits of account number   6618 | $15,132.00 |
|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

**When was the debt incurred?**   2019-12

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☒ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.8 1**

**Jpmcb Card**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850
Number Street City State Zip Code

**Last 4 digits of account number**    1583

**When was the debt incurred?**    2000-06

$93.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.8 2**

**JPMorgan Chase**
Nonpriority Creditor's Name
270 Park Ave, Fl 12
New York, NY 10017
Number Street City State Zip Code

**Last 4 digits of account number**    _____

**When was the debt incurred?**    _____

$44,812.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.8 3**

**Julia Scallion**
Nonpriority Creditor's Name
20717 Tuolumne Rd N
Tuolumne, CA 95379
Number Street City State Zip Code

**Last 4 digits of account number**    _____

**When was the debt incurred?**    _____

$3,630.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number *(if known)* _____

---

**4.8 4**

**Kaizen Solutions-Top Brass**
Nonpriority Creditor's Name
PO Box 7067
Lees Summit, MO 64064
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____              $590.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.8 5**

**Kapitus Servicing Inc**
Nonpriority Creditor's Name
c/o Nguyen Ballato
2201 Libbie Ave
Richmond, VA 23230
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____              $87,427.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business lawsuit possible personal guaranty

---

**4.8 6**

**Keith Mitchell**
Nonpriority Creditor's Name
2322 Westland Way
Acworth, GA 30102
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____              $200.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

**4.8 7**

Knightsbridge Funding LLC
Nonpriority Creditor's Name
40 Wall St
Suite 2903
New York, NY 10005
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  business debt possible personal guaranty

---

**4.8 8**

Lightstream
Nonpriority Creditor's Name
Attn: Bankruptcy
200 Pine St W
Wilson, NC 27893-3922
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number  5486        $47,505.00

When was the debt incurred?  2020-10

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  personal loan used for business

---

**4.8 9**

Macquarie Equipment Capital
Nonpriority Creditor's Name
1301 Riverplace Blvd
Jacksonville, FL 32207
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number _____        $62,013.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  business debt possible personal guaranty

---

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number (if known) _____

---

| 4.9 0 | | | |
|---|---|---|---|

**Marietta Power**
Nonpriority Creditor's Name
PO Box 609
Marietta, GA 30061
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____                $2,851.95

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   business debt possible personal guaranty

---

| 4.9 1 | | | |
|---|---|---|---|

**May Technology & Mfg Inc**
Nonpriority Creditor's Name
2922 Wheeling AVe
Kansas City, MO 64129
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____                $2,164.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   business debt possible personal guaranty

---

| 4.9 2 | | | |
|---|---|---|---|

**McMaster-Carr**
Nonpriority Creditor's Name
PO BOX 7690
Chicago, IL 60680
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____                $6,145.42

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.9 3 | **McNeel Family Limited Partnership** | **Last 4 digits of account number** _____ | $46,500.00 |

Nonpriority Creditor's Name
c/o Rozen Rozen & Reilly, LLP
248 Roswell St, SE
Suite 100
Marietta, GA 30060

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

| | | | |
|---|---|---|---|
| 4.9 4 | **Meridian Equipment Finance LLC c/o** | **Last 4 digits of account number** _____ | $81,323.00 |

Nonpriority Creditor's Name
Saldutti Law Group
1700 Market St
Suite 1005
Philadelphia, PA 19103

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business lawsuit possible personal guaranty

| | | | |
|---|---|---|---|
| 4.9 5 | **Metal Supermarkets** | **Last 4 digits of account number** _____ | $345.84 |

Nonpriority Creditor's Name
1000 Williams Dr
Suite 1012
Marietta, GA 30066

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

| | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

| 4.9 6 | Mink's Fabrication | Last 4 digits of account number _____ | $7,110.00 |
|---|---|---|---|

Nonpriority Creditor's Name
150 Oak Blackberry Trail
Canton, GA 30114
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.9 7 | Modus Advanced Inc | Last 4 digits of account number _____ | $3,401.40 |
|---|---|---|---|

Nonpriority Creditor's Name
1575 Greenville Rd
Livermore, CA 94550
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.9 8 | MOhawk Rubber | Last 4 digits of account number _____ | $2,316.62 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 735219
Chicago, IL 60673-5219
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

| 4.9 9 | Morgan Aero Products | Last 4 digits of account number _____ | $38,962.82 |

Nonpriority Creditor's Name
1450 80th St SW
Everett, WA 98203
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.1 00 | Motion Industries | Last 4 digits of account number _____ | $9,668.85 |

Nonpriority Creditor's Name
1605 Alton Rd
Birmingham, AL 35210
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.1 01 | MSC Industrial Supply | Last 4 digits of account number _____ | $33,707.50 |

Nonpriority Creditor's Name
PO Box 953635
Saint Louis, MO 63195-3635
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number *(if known)* _____

---

| 4.1 02 | Nameplates Inc | | Last 4 digits of account number _____ | | $1,881.35 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 4608
Tulsa, OK 74159

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 03 | Nav-Aids | | Last 4 digits of account number _____ | | $14,739.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
2955 Diab Street
Montreal, QC
H4S 1M1 Canada

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 04 | Newark/Element 14 | | Last 4 digits of account number _____ | | $645.08 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
33190 Collection Center Dr
Chicago, IL 60693-0331

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

| 4.1 05 | NexAir | Last 4 digits of account number _____ | $1,119.34 |

Nonpriority Creditor's Name
PO Box 125
Memphis, TN 38101
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

| 4.1 06 | Olympic Case Company | Last 4 digits of account number _____ | $3,299.94 |

Nonpriority Creditor's Name
9110 King Palm Dr
Suite 101
Tampa, FL 33619
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

| 4.1 07 | Omega Technologies | Last 4 digits of account number _____ | $62.14 |

Nonpriority Creditor's Name
31125 Via Colinas
Suite 905
Thousand Oaks, CA 91362
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number *(if known)* _____

---

| | | |
|---|---|---|
| **4.1 08** | Online Carbide | **Last 4 digits of account number** _____    $159.90 |

Nonpriority Creditor's Name
438 West Railroad Ave
Batesburg, SC 29006

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| | | |
|---|---|---|
| **4.1 09** | Online Metals.com | **Last 4 digits of account number** _____    $750.84 |

Nonpriority Creditor's Name
PO Box 894118
Los Angeles, CA 90189-4118

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| | | |
|---|---|---|
| **4.1 10** | Orkin | **Last 4 digits of account number** _____    $289.00 |

Nonpriority Creditor's Name
1007 Mansell Rd
Suite E
Roswell, GA 30076

Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

| 4.1 11 | | | |
|---|---|---|---|

**Oscar Health Inc**

Nonpriority Creditor's Name

75 Varick St, 5th floor

New York, NY 10013

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

$2,700.00

---

| 4.1 12 | | | |
|---|---|---|---|

**OSHCUT LLC**

Nonpriority Creditor's Name

165 N 1330 W #C4

Orem, UT 84057

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

$5,480.15

---

| 4.1 13 | | | |
|---|---|---|---|

**P S E C U**

Nonpriority Creditor's Name

Attention: Bankruptcy

PO Box 67013

Harrisburg, PA 17106-7013

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   0001

**When was the debt incurred?**   2020-10

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   personal loan used for business

$9,473.00

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn                                             Case number (if known) _____

| 4.1 14 | Pentagon Federal Cr Un | Last 4 digits of account number | 4918 | $9,139.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 1432
Alexandria, VA 22313-1432

Number Street City State Zip Code

**When was the debt incurred?**  2020-10

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   personal loan used for business

---

| 4.1 15 | Plano Molding | Last 4 digits of account number | | $9,268.00 |

Nonpriority Creditor's Name
431 E South St
Plano, IL 60545

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 16 | PSI-Tronix | Last 4 digits of account number | | $2,529.90 |

Nonpriority Creditor's Name
Force Switch Corp
PO Box 3503
San Dimas, CA 91773

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

| 4.1 17 | Quench USA Inc | Last 4 digits of account number _____ | $131.90 |
|---|---|---|---|

Nonpriority Creditor's Name
630 Allendale Rd
Suite 200
King of Prussia, PA 19406
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.1 18 | Rapid Finance | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
4500 East West Highway
6th floor
Bethesda, MD 20814
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| 4.1 19 | Reid Supply | Last 4 digits of account number _____ | $58.01 |
|---|---|---|---|

Nonpriority Creditor's Name
1269 E MOunt Garfield Rd
Suite E
Muskegon, MI 49441
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|----------|----------------------|
| Debtor 2 | Ivan Paul Kahn |

Case number *(if known)* _____

---

**4.1
20**

**RiggingWarehouse.com**
Nonpriority Creditor's Name
1 Tomsons Rd #100
Saugerties, NY 12477
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $234.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.1
21**

**Road Runner Recycling**
Nonpriority Creditor's Name
PO Box 6011
Hermitage, PA 16148
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $1,628.01

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.1
22**

**Rocketloans**
Nonpriority Creditor's Name
Attn: Bankruptcy
1050 Woodward Ave
Detroit, MI 48226-3573
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   6028          $17,145.00

**When was the debt incurred?**   2020-10

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   personal loan used for business

---

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

| 4.1 23 | Safran Landing Systems | Last 4 digits of account number _____ | $168,413.60 |
|---|---|---|---|

Nonpriority Creditor's Name
Inovel Parc
Sud 7
Rue General Valerie Andree
78140 Velizy Villacoublay France

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 24 | Satair USA Inc | Last 4 digits of account number _____ | $41,480.16 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 74008759
Chicago, IL 60674-8759

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 25 | SCANA Energy | Last 4 digits of account number _____ | $3,891.21 |
|---|---|---|---|

Nonpriority Creditor's Name
PO box 105046
Atlanta, GA 30348-5046

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

| 4.1 26 | **Seal Dynamics** | | **Last 4 digits of account number** _____ | $4,873.56 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Accounting
2 Adams Ave
Hauppauge, NY 11788

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 27 | **Service Steel Aerospace** | | **Last 4 digits of account number** _____ | $420.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
3359 Bruening Cir SW
Canton, OH 44706

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 28 | **Silverline Services Inc** | | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
265 Sunrise Hwy
Suite 236
Rockville Centre, NY 11570

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.1 29** | **SkyGeek** | **Last 4 digits of account number** _____ | $161.63 |

Nonpriority Creditor's Name
30 Airway Dr
Lagrangeville, NY 12540
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

| | | | |
|---|---|---|---|
| **4.1 30** | **Snap-On** | **Last 4 digits of account number** _____ | $6,873.12 |

Nonpriority Creditor's Name
1461 Field Park Circle
Marietta, GA 30060
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

| | | | |
|---|---|---|---|
| **4.1 31** | **Sofi Bank** | **Last 4 digits of account number** 4780 | $27,006.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 1022
Chesterfield, MO 63006-1022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** 2020-10

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   personal loan used for business

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

**4.1 32**

**Southern Tool Steel** _____

Nonpriority Creditor's Name
PO Box 731036
Dallas, TX 75373-1036

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                                    $3,592.42

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.1 33**

**Speed Machine LLC** _____

Nonpriority Creditor's Name
3348 Hogansville Rd
Lagrange, GA 30241

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                                    $15,300.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.1 34**

**Spencer Aircraft** _____

Nonpriority Creditor's Name
16911 103rd Ave
Ste 102
Puyallup, WA 98374

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                                    $17.07

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.1 35**

**Staples Business Advantage**
Nonpriority Creditor's Name
PO box 405386
Atlanta, GA 30348-5386
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

$299.00

---

**4.1 36**

**Swaglok**
Nonpriority Creditor's Name
PO Bpx 746832
Atlanta, GA 30374-6832
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

$1,147.50

---

**4.1 37**

**Syncb/Belk Dual Card**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 1804

**When was the debt incurred?** 2020-06

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

$541.00

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.1 38**

| Syncb/mc | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** 1060 | $491.00 |
| Attn: Bankruptcy | | |
| PO Box 965060 | **When was the debt incurred?** 2018-12 | |
| Orlando, FL 32896-5060 | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.1 39**

| Syncb/Sync Bank Luxury | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** 0339 | $21,511.00 |
| Attn: Bankruptcy | | |
| PO Box 965060 | **When was the debt incurred?** 2018-10 | |
| Orlando, FL 32896-5060 | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.1 40**

| Tax Credit Co LLC | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ | $19,253.33 |
| PO Box 841971 | | |
| Los Angeles, CA 90084-1971 | **When was the debt incurred?** _____ | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn

Case number (if known) _____

| 4.1 41 | TCF | Last 4 digits of account number | _____ | $101,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
11100 Wayzata Blvd
Suite 801
Hopkins, MN 55305

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   lawsuit business debt possible personal guaranty

---

| 4.1 42 | Telecom Selfreported | Last 4 digits of account number | 7133 | $386.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 4500
Allen, TX 75013

Number Street City State Zip Code

**When was the debt incurred?**   Unknown

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   ATT

---

| 4.1 43 | Telecom Selfreported | Last 4 digits of account number | D4CB | $295.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 4500
Allen, TX 75013

Number Street City State Zip Code

**When was the debt incurred?**   Unknown

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Comcast

---

Debtor 1   Rhonda Gay Aden Kahn
Debtor 2   Ivan Paul Kahn                                    Case number (if known) _____

| 4.1 44 | Telecom Selfreported | Last 4 digits of account number | 4C3B | $10.00 |

Nonpriority Creditor's Name
PO Box 4500
Allen, TX 75013
Number Street City State Zip Code

When was the debt incurred?   Unknown

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Netflix

---

| 4.1 45 | Thomson Industries | Last 4 digits of account number | | $373.05 |

Nonpriority Creditor's Name
48767 Kato Rd
Fremont, CA 94538
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 46 | Threads for the South | Last 4 digits of account number | | $30.19 |

Nonpriority Creditor's Name
1076 King Industrial Dr
Marietta, GA 30062
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

**4.1 47**    ToolSource.com

Nonpriority Creditor's Name
PO Box 149
Salamanca, NY 14779
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            $3,104.10

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

**4.1 48**    Truist Bank

Nonpriority Creditor's Name
PO Box 200
Wilson, NC 27894-0200
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    2578            $25,434.00

**When was the debt incurred?**    2018-04

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

---

**4.1 49**    Truist Card Services

Nonpriority Creditor's Name
PO Box 200
Wilson, NC 27894-0200
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____            $127,358.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    business debt possible personal guaranty

---

Debtor 1    Rhonda Gay Aden Kahn

Debtor 2    Ivan Paul Kahn

Case number (if known) _____

---

**4.1 50**

Uline

Nonpriority Creditor's Name

Attn: Accounts Receivable

PO Box 88741

Chicago, IL 60680-1741

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    business debt possible personal guaranty

$70.48

---

**4.1 51**

United Metalcraft

Nonpriority Creditor's Name

1215 Hayes Industrial Dr

Marietta, GA 30062

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    business debt possible personal guaranty

$1,329.00

---

**4.1 52**

UPS

Nonpriority Creditor's Name

PO box 7247-0244

Philadelphia, PA 19170

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    business debt possible personal guaranty

$6,542.33

---

| Debtor 1 | Rhonda Gay Aden Kahn |
|----------|----------------------|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

---

**4.1 53**

**US Bank**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201-5229
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 8118 _____   $17,828.00

**When was the debt incurred?** 2015-10

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.1 54**

**US Small Business Administration**
Nonpriority Creditor's Name
2 North St
Suite 320
Birmingham, AL 35203
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   SBA loan- possible personal guaranty

---

**4.1 55**

**Utility Selfreported**
Nonpriority Creditor's Name
PO Box 4500
Allen, TX 75013
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 4961 _____   $161.00

**When was the debt incurred?** Unknown

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Xoom energy

---

Debtor 1     Rhonda Gay Aden Kahn
Debtor 2     Ivan Paul Kahn

Case number (if known) _____

---

| 4.1 56 | **Vallen Distribution Inc** | **Last 4 digits of account number** _____ | $3,866.22 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 404753
Atlanta, GA 30384-4753
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 57 | **Velmex** | **Last 4 digits of account number** _____ | $244.00 |
|---|---|---|---|

Nonpriority Creditor's Name
7550 State Route 5 & 20
Bloomfield, NY 14469
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

| 4.1 58 | **Wells Fargo Bank** | **Last 4 digits of account number** 6843 | $11,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy
1 Home Campus
# MAC X2303-01A FL 3
Des Moines, IA 50328-0001
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** 2023-10

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

**4.159**

Worthco
Nonpriority Creditor's Name

PO box 88
Stevens Point, WI 54481
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          $79.70

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.160**

Yardstore
Nonpriority Creditor's Name

725 E Central
Wichita, KS 67201
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          $1,860.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**4.161**

Zoro Tools
Nonpriority Creditor's Name

PO Box 5233
Janesville, WI 53547-5233
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          $0.01

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   business debt possible personal guaranty

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Amex<br>PO Box 981537 | Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

---

02/05/24 5:02 PM

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number (if known)

El Paso, TX 79998-1537

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.14 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Barclays Bank/Old Navy<br>PO Box 8803<br>Wilmington, DE 19899-8803 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.28 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Best Buy/Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.29 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Caine & Weiner<br>5805 Sepulveda Blvd, 4th floor<br>Van Nuys, CA 91411 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.92 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Capital Express LLC<br>1161 Bedford Ave<br>Brooklyn, NY 11216 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.35 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Citicards Cbna<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.42 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Comenitycb/ulta Mc<br>PO Box 182120<br>Columbus, OH 43218-2120 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.45 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Elmore & Associates Inc<br>3340 Peachtree Rd NE<br>Suite 1800<br>Atlanta, GA 30326 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.43 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>ESP Receivables Management Inc<br>PO Box 1547<br>Mandeville, LA 70470 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.30 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Fluid Flow Products<br>3915 Shorten Rd, Ste 101<br>Charlotte, NC 28217-3047 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.30 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Green Note Capital Partners<br>1019 Avenue P<br>Suite 401<br>Brooklyn, NY 11223 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.69 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn

Case number (if known) _____

---

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Huntington National Bank c/o<br>Taft Stettinius & hollister LLP<br>2200 IDS Center<br>80 South 8th St<br>Minneapolis, MN 55402 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.141 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Jpmcb Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.79 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Kapitus<br>2500 Wilson Blvd<br>Suite 350<br>Arlington, VA 22201 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.85 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Law Offices of Isaac H Greenfield<br>PLLC<br>2 Executive Blvd, Ste 305<br>Suffern, NY 10901 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.36 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Lightstream<br>600 W Broadway<br>Ste 2000<br>San Diego, CA 92101-3358 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.88 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Loan & Leasing Services<br>370 Pascack Rd<br>Township of Washington, NJ 07676 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.71 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Marcus by Goldman Sachs<br>Goldman Sachs Bank USA<br>PO Box 70379<br>Philadelphia, PA 19176-0379 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.68 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Meridian Equipment Finance c/o<br>Attn: Nathaniel Reed, Senior Collector<br>367 Eagleview Blvd<br>Exton, PA 19341 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.94 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>P S E C U<br>PO Box 1006<br>Harrisburg, PA 17108-1006 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.113 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>Pentagon Federal Cr Un<br>1001 N Fairfax St<br>Alexandria, VA 22314-1797 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.114 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Debtor 1 | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 2 | Ivan Paul Kahn | Case number (if known) |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Radius Global Solutions<br>P.O. Box 390915<br><br>Minneapolis, MN 55439-0915 | Line 4.58 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Rocketloans<br>1274 Library St<br>Detroit, MI 48226-2256 | Line 4.122 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Sofi Bank<br>1 Letterman Dr<br>San Francisco, CA 94129-1494 | Line 4.131 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Supersonic Funding<br>1608 S Ashland Ave<br>#35697<br>Chicago, IL 60608 | Line 4.85 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Syncb/Belk Dual Card<br>PO Box 71750<br>Philadelphia, PA 19176 | Line 4.137 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Syncb/mc<br>PO Box 71727<br>Philadelphia, PA 19176 | Line 4.138 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Syncb/Sync Bank Luxury<br>PO Box 71757<br>Philadelphia, PA 19176 | Line 4.139 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Truist Bank<br>PO Box 400<br>Wilson, NC 27894-0400 | Line 4.149 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| Wells Fargo Bank<br>PO Box 393<br>Minneapolis, MN 55480-0393 | Line 4.158 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,780.56 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn                                                   Case number (if known)  _____

|  |  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 1,780.56 |
|---|---|---|---|---|---|---|

| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **Total Claim** | $ | 0.00 |
|---|---|---|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | | $ | 2,117,894.99 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | | $ | 2,117,894.99 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Ivan Paul Kahn |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | AT&T | cell phone leases expires 9.25 |
| 2.2 | Invitation Homes<br>2752 Wyndcliff Way<br>Marietta, GA 30062 | residential property lease expires 4.24 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ivan Paul Kahn | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3  AIM27 Inc | ☒ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>South State Bank successor by merger |
| 3.4  AIM27 Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.154___<br>☐ Schedule G _____<br>US Small Business Administration |
| 3.5  Ivan Kahn | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.141___<br>☐ Schedule G _____<br>TCF |
| 3.6  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>Lightstream |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| | Rhonda Gay Aden Kahn | |
| Debtor 1 | Ivan Paul Kahn | Case number *(if known)* |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.7   Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.131___
☐ Schedule G _____
Sofi Bank

3.8   Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.68___
☐ Schedule G _____
Goldman Sachs and Co

3.9   Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.122___
☐ Schedule G _____
Rocketloans

3.10   Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.50___
☐ Schedule G _____
Digital Fed Credit Uni

3.11   Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.113___
☐ Schedule G _____
P S E C U

3.12   Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.114___
☐ Schedule G _____
Pentagon Federal Cr Un

3.13   Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.66___
☐ Schedule G _____
Georgias Own Cu

3.14   Quality Aircraft Tooling, Inc

☒ Schedule D, line ___2.2___
☐ Schedule E/F, line _____
☐ Schedule G _____
South State Bank successor by merger

| Debtor 1 | Rhonda Gay Aden Kahn | Case number *(if known)* | |
|---|---|---|---|
| | Ivan Paul Kahn | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.15 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.154___<br>☐ Schedule G _____<br>US Small Business Administration |
| 3.16 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.128___<br>☐ Schedule G _____<br>Silverline Services Inc |
| 3.17 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>CT Corporation System |
| 3.18 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>Knightsbridge Funding LLC |
| 3.19 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>Georgia Department of Revenue |
| 3.20 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.3___<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.21 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Amex |
| 3.22 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Amex |

| Debtor 1 | Rhonda Gay Aden Kahn |  | Case number *(if known)* | |
|---|---|---|---|---|
|  | Ivan Paul Kahn |  |  | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.23 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>Capital on Tap |
| 3.24 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>Capital Express Group LLC c/o |
| 3.25 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>Green Note Capital Partners SPV LLC |
| 3.26 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>Kapitus Servicing Inc |
| 3.27 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>Meridian Equipment Finance LLC c/o |
| 3.28 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>HIghland Capital Corporation |
| 3.29 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Macquarie Equipment Capital |
| 3.30 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.118___<br>☐ Schedule G _____<br>Rapid Finance |

Debtor 1    Rhonda Gay Aden Kahn
        Ivan Paul Kahn _____      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.31   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.141__<br>☐ Schedule G _____<br>TCF |
| 3.32   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>Accurate Screw Machine |
| 3.33   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>AGM Fabric |
| 3.34   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>Air Products Co |
| 3.35   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>Air Specialists |
| 3.36   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>Aircraft Hose Store |
| 3.37   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>Aircraft Inventory Management & Services |
| 3.38   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>Aircraft Spruce |

| Debtor 1 | Rhonda Gay Aden Kahn |  | Case number *(if known)* | |
|---|---|---|---|---|
|  | Ivan Paul Kahn |  |  |  |

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| 3.39 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.9__ ☐ Schedule G _____ All Vac Industries Inc |
|---|---|---|
| 3.40 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.10__ ☐ Schedule G _____ Amazon |
| 3.41 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.11__ ☐ Schedule G _____ Ameripress Printing |
| 3.42 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.17__ ☐ Schedule G _____ Anderson Process |
| 3.43 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.18__ ☐ Schedule G _____ Applied Industrial Technologies |
| 3.44 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.19__ ☐ Schedule G _____ Arc Document Solutions LLC |
| 3.45 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.20__ ☐ Schedule G _____ Ashley Sling Inc |
| 3.46 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.21__ ☐ Schedule G _____ Atlanta Caster |

| Debtor 1 | Rhonda Gay Aden Kahn | Case number *(if known)* | |
|---|---|---|---|
| | Ivan Paul Kahn | | |

| **Additional Page to List More Codebtors** | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.47 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Atlanta Technology Services |
|---|---|---|

| 3.48 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Aviall |
|---|---|---|

| 3.49 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>Avibank Manufacturing Inc |
|---|---|---|

| 3.50 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>AWC Atl |
|---|---|---|

| 3.51 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>B&B Aircraft Supplies |
|---|---|---|

| 3.52 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Bibb Controls Systems |
|---|---|---|

| 3.53 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Birnbrey, Minsk, MInsk & Perling LLC |
|---|---|---|

| 3.54 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Boeing Commercial Airplanes |
|---|---|---|

| | Rhonda Gay Aden Kahn | |
|---|---|---|
| Debtor 1 | Ivan Paul Kahn | Case number *(if known)* |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.55    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.33___
☐ Schedule G _____
Boeing Intellectual Property Licensing

3.56    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.34___
☐ Schedule G _____
Bowstone

3.57    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.36___
☐ Schedule G _____
Capital Express Inc

3.58    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.38___
☐ Schedule G _____
CB2 Resorces LLC

3.59    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.39___
☐ Schedule G _____
Cintas

3.60    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.40___
☐ Schedule G _____
Circle A Fences

3.61    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.41___
☐ Schedule G _____
Circle Valve Technologies Inc

3.62    Quality Aircraft Tooling, Inc

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.43___
☐ Schedule G _____
Cobb Tool Inc

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| | Ivan Paul Kahn |

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.63  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>Colliflower Hose & Fittings |
| 3.64  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>Crestwood Financial Group |
| 3.65  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>DB Roberts Company |
| 3.66  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>Digi-Key |
| 3.67  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>Don Leviton |
| 3.68  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>E3 Welding |
| 3.69  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>ebay |
| 3.70  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>ECAS LLC |

| Debtor 1 | Rhonda Gay Aden Kahn | Case number *(if known)* | |
| | Ivan Paul Kahn | | |

| | **Additional Page to List More Codebtors** |
|---|---|

| | **Column 1: Your codebtor** | **Column 2: The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.71 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>EDM Technologies Inc |
| 3.72 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>EnviroServe Chemicals Inc |
| 3.73 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>esheaves.com |
| 3.74 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>EURO Machine Building Co Inc |
| 3.75 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>Fastenal |
| 3.76 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>FedEx International |
| 3.77 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Flo-Control |
| 3.78 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>Ford Tool and Carbide |

02/05/24 5:02 PM

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| | Ivan Paul Kahn |

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.79  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>Fredrick0Shelton & Associates Inc |
| 3.80  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>HFH RG Funding |
| 3.81  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>Home Depot |
| 3.82  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>Hose Warehouse/Murdock Industrial Inc |
| 3.83  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>Hydradyne LLC |
| 3.84  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Hydraflow |
| 3.85  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>Jergens Inc |
| 3.86  Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Johnson Integration Tech |

| Debtor 1 | Rhonda Gay Aden Kahn<br>Ivan Paul Kahn | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.87   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.78___
- ☐ Schedule G _____
- Joyce Dayton Corp

3.88   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.82___
- ☐ Schedule G _____
- JPMorgan Chase

3.89   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.83___
- ☐ Schedule G _____
- Julia Scallion

3.90   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.84___
- ☐ Schedule G _____
- Kaizen Solutions-Top Brass

3.91   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.86___
- ☐ Schedule G _____
- Keith Mitchell

3.92   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.90___
- ☐ Schedule G _____
- Marietta Power

3.93   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.91___
- ☐ Schedule G _____
- May Technology & Mfg Inc

3.94   Quality Aircraft Tooling, Inc
- ☐ Schedule D, line _____
- ☒ Schedule E/F, line ___4.92___
- ☐ Schedule G _____
- McMaster-Carr

| Debtor 1 | Rhonda Gay Aden Kahn<br>Ivan Paul Kahn | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.95 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>McNeel Family Limited Partnership |
| 3.96 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>Metal Supermarkets |
| 3.97 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>Mink's Fabrication |
| 3.98 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>Modus Advanced Inc |
| 3.99 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>MOhawk Rubber |
| 3.100 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>Morgan Aero Products |
| 3.101 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>Motion Industries |
| 3.102 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>MSC Industrial Supply |

| Debtor 1 | Rhonda Gay Aden Kahn<br>Ivan Paul Kahn | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.103 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>Nameplates Inc |
| 3.104 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.103__<br>☐ Schedule G _____<br>Nav-Aids |
| 3.105 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>Newark/Element 14 |
| 3.106 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>NexAir |
| 3.107 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>Olympic Case Company |
| 3.108 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>Omega Technologies |
| 3.109 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.108__<br>☐ Schedule G _____<br>Online Carbide |
| 3.110 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.109__<br>☐ Schedule G _____<br>Online Metals.com |

| Debtor 1 | Rhonda Gay Aden Kahn
Ivan Paul Kahn | Case number *(if known)* | |

| ⬛ | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply: |
|---|---|---|
| 3.11 1 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.110___
☐ Schedule G _____
Orkin |
| 3.11 2 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.111___
☐ Schedule G _____
Oscar Health Inc |
| 3.11 3 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.112___
☐ Schedule G _____
OSHCUT LLC |
| 3.11 4 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.115___
☐ Schedule G _____
Plano Molding |
| 3.11 5 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.116___
☐ Schedule G _____
PSI-Tronix |
| 3.11 6 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.117___
☐ Schedule G _____
Quench USA Inc |
| 3.11 7 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.119___
☐ Schedule G _____
Reid Supply |
| 3.11 8 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____
☒ Schedule E/F, line ___4.120___
☐ Schedule G _____
RiggingWarehouse.com |

| Debtor 1 | Rhonda Gay Aden Kahn | Case number *(if known)* | |
|---|---|---|---|
| | Ivan Paul Kahn | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.119 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.121__<br>☐ Schedule G _____<br>Road Runner Recycling |
| 3.120 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.123__<br>☐ Schedule G _____<br>Safran Landing Systems |
| 3.121 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Satair USA Inc |
| 3.122 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.125__<br>☐ Schedule G _____<br>SCANA Energy |
| 3.123 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.126__<br>☐ Schedule G _____<br>Seal Dynamics |
| 3.124 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.127__<br>☐ Schedule G _____<br>Service Steel Aerospace |
| 3.125 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.129__<br>☐ Schedule G _____<br>SkyGeek |
| 3.126 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.130__<br>☐ Schedule G _____<br>Snap-On |

| | | |
|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn<br>Ivan Paul Kahn | Case number *(if known)* _____ |

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.127   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>Southern Tool Steel |
| 3.128   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>Speed Machine LLC |
| 3.129   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.134___<br>☐ Schedule G _____<br>Spencer Aircraft |
| 3.130   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>Staples Business Advantage |
| 3.131   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>Swaglok |
| 3.132   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.140___<br>☐ Schedule G _____<br>Tax Credit Co LLC |
| 3.133   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.145___<br>☐ Schedule G _____<br>Thomson Industries |
| 3.134   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.146___<br>☐ Schedule G _____<br>Threads for the South |

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| | Ivan Paul Kahn |

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.135   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.147___<br>☐ Schedule G _____<br>ToolSource.com |
| 3.136   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.149___<br>☐ Schedule G _____<br>Truist Card Services |
| 3.137   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.150___<br>☐ Schedule G _____<br>Uline |
| 3.138   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.151___<br>☐ Schedule G _____<br>United Metalcraft |
| 3.139   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.152___<br>☐ Schedule G _____<br>UPS |
| 3.140   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>Vallen Distribution Inc |
| 3.141   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.157___<br>☐ Schedule G _____<br>Velmex |
| 3.142   Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.159___<br>☐ Schedule G _____<br>Worthco |

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| | Ivan Paul Kahn |

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.14 3 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.160___ <br> ☐ Schedule G _____ <br> Yardstore |
|---|---|---|
| 3.14 4 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.161___ <br> ☐ Schedule G _____ <br> Zoro Tools |
| 3.14 5 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.2___ <br> ☐ Schedule G _____ <br> Aeroxchange |
| 3.14 6 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.23___ <br> ☐ Schedule G _____ <br> Authorize.net |
| 3.14 7 | Quality Aircraft Tooling, Inc | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___2.2___ <br> ☐ Schedule G _____ <br> Georgia Dept of Labor |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 (Spouse, if filing) | Ivan Paul Kahn |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  Rhonda Gay Aden Kahn
Debtor 2  Ivan Paul Kahn                                          Case number (if known) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ................................................................ | 4. | $ _____ 0.00 | $ _____ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ 0.00 | $ _____ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ 0.00 | $ _____ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ 0.00 | $ _____ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ 0.00 | $ _____ 0.00 |
| | 5e. **Insurance** | 5e. | $ _____ 0.00 | $ _____ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ _____ 0.00 | $ _____ 0.00 |
| | 5g. **Union dues** | 5g. | $ _____ 0.00 | $ _____ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ _____ 0.00 + | $ _____ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ _____ 0.00 | $ _____ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ 0.00 | $ _____ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ 0.00 | $ _____ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ _____ 0.00 | $ _____ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ 0.00 | $ _____ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ _____ 0.00 | $ _____ 0.00 |
| | 8e. **Social Security** | 8e. | $ _____ 3,225.70 | $ _____ 3,485.20 |
| | 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ _____ 0.00 | $ _____ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ _____ 0.00 | $ _____ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ _____ 0.00 + | $ _____ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ _____ 3,225.70 | $ _____ 3,485.20 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,225.70 + | $ 3,485.20 = | $ 6,710.90 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____                                                                                                    11. +$ _____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies                                                                                        12. $ _____ 6,710.90

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: loss of income due to business bankruptcy filing

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 (Spouse, if filing) | Ivan Paul Kahn |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ☒ Yes. **Does Debtor 2 live in a separate household?**

    ☒ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**  ☒ No

    Do not list Debtor 1 and    ☐ Yes.    Fill out this information for
    Debtor 2.                              each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☐ No    ☒ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 872.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 333.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 820.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | 422.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| 6d. | Other. Specify: _____ | 6d. $ | 0.00 |

| Debtor 1 | Rhonda Gay Aden Kahn |
|---|---|
| Debtor 2 | Ivan Paul Kahn |

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,100.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 50.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.  Life insurance | 15a. | $ | 771.00 |
| | 15b.  Health insurance | 15b. | $ | 504.00 |
| | 15c.  Vehicle insurance | 15c. | $ | 375.00 |
| | 15d.  Other insurance. Specify:  personal articles & umbrella | 15d. | $ | 75.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify:  taxes SS | 16. | $ | 769.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ | 757.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ | 927.00 |
| | 17c.  Other. Specify: | 17c. | $ | 0.00 |
| | 17d.  Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | |
| | 20a.  Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.  Real estate taxes | 20b. | $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 9,175.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 9,175.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a.  Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | 6,710.90 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. | -$ | 9,175.00 |
| | 23c.  Subtract your monthly expenses from your monthly income.<br>The result is your _monthly net income._ | 23c. | $ | -2,464.10 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ivan Paul Kahn | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7 **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**
☒ **creditors have claims secured by your property, or**
☒ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,**
**whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list**
**on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must**
**sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,**
**write your name and case number (if known).**

**Part 1:** | **List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the**
**information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Gm Financial** <br><br> Description of property securing debt: 2019 Chevrolet Corvette Grand Sport Convertible 20750 miles very good condition-value per Edmunds | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☒ Retain the property and [explain]: <br><br> Retain and pay | ☐ No <br> ☒ Yes |
| Creditor's name: **South State Bank successor by merger** <br><br> Description of property securing debt: 2620 Hill Gate Ct, Snellville, GA 30039 <br> Gwinnett County FMV per Redfin 01.17.24            $463395 <br> First Mortgage <br> $. 71476 <br> Second Mortgage <br> $  40631 <br> COS (10%) <br> $.   46339 <br> South State Bank (SBA) <br> $785965 | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br><br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☒ Retain the property and [explain]: <br><br><br><br> Retain and pay | ☒ No <br><br> ☐ Yes |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Rhonda Gay Aden Kahn | | |
|----------|----------------------|--|--|
| Debtor 2 | Ivan Paul Kahn | Case number *(if known)* | |

No equity

| | | | |
|--|--|--|--|
| Creditor's name: | Td Auto Finance | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]:<br>Retain and pay | ☒ No<br><br>☐ Yes |
| Description of property securing debt: | 2023 Tesla Y 2000 miles excellent -value per Edmund's | | |
| Creditor's name: | Truist Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |
| Description of property securing debt: | 2620 Hill Gate Ct, Snellville, GA 30039<br>Gwinnett County FMV per Redfin 01.17.24          $463395<br>First Mortgage<br>$. 71476<br>Second Mortgage<br>$  40631<br>COS (10%)<br>$.  46339<br>South State Bank (SBA)<br>$785965<br>No equity | Retain and pay | |
| Creditor's name: | Wells Fargo Hm Mortgag | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |
| Description of property securing debt: | 2620 Hill Gate Ct, Snellville, GA 30039<br>Gwinnett County FMV per Redfin 01.17.24          $463395<br>First Mortgage<br>$. 71476<br>Second Mortgage<br>$  40631<br>COS (10%)<br>$.  46339<br>South State Bank (SBA)<br>$785965<br>No equity | Retain and pay | |

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|--------------------------------------------------|----------------------------|
| Lessor's name:          AT&T | ☐  No<br><br>☒  Yes |
| Description of leased          cell phone leases expires 9.25 | |

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**                        page 2

Debtor 1    Rhonda Gay Aden Kahn

Debtor 2    Ivan Paul Kahn

Case number (*if known*) _____

Property:

Lessor's name:        Invitation Homes

☐ No

☒ Yes

Description of leased    residential property lease expires 4.24
Property:

---

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X /s/ Rhonda Gay Aden Kahn _____

Rhonda Gay Aden Kahn
Signature of Debtor 1

Date    February 5, 2024 _____

X /s/ Ivan Paul Kahn _____

Ivan Paul Kahn
Signature of Debtor 2

Date    February 5, 2024 _____

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 __Rhonda Gay Aden Kahn__ | ☒ 1. There is no presumption of abuse |
| Debtor 2 __Ivan Paul Kahn__ (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: __Northern District of Georgia__ | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income                     12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married**. Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
      - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
      - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ **Copy here ->** | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ **Copy here ->** | $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 | Ivan Paul Kahn |

Case number (*if known*) _____

|  |  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|
| **8.** | **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ..................................................................$ _____

For your spouse.......................................................$ _____

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $ _____   $ _____

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ | $ _____ |

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

Total current monthly income

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .......................................**Copy line 11 here=>**   $ _____

Multiply by 12 (the number of months in a year)   **x  12**

12b. The result is your annual income for this part of the form   12b. $ _____

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household. .............................................   13. $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*.
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*.
Go to Part 3 and fill out Form 122A–2.

---

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Rhonda Gay Aden Kahn _____   X /s/ Ivan Paul Kahn _____
Rhonda Gay Aden Kahn                                              Ivan Paul Kahn
Signature of Debtor 1                                               Signature of Debtor 2

Date   February 5, 2024 _____                        Date   February 5, 2024 _____

| Debtor 1 | Rhonda Gay Aden Kahn |
|----------|----------------------|
| Debtor 2 | Ivan Paul Kahn |

Case number (*if known*) _____

MM / DD  / YYYY                                    MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: |
| --- |

Debtor 1    Rhonda Gay Aden Kahn

Debtor 2    Ivan Paul Kahn
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Georgia

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    **12/15**

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| **Part 1** | **Identify the Kind of Debts You Have** |
| --- | --- |

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ☒ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

| **Part 2:** | **Determine Whether Military Service Provisions Apply to You** |
| --- | --- |

2.  **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Go to line 3.

    ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Check any one of the following categories that applies:

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

    ☐ **I am performing a homeland defense activity for at least 90 days.**

    ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

    > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
    >
    > If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1** Rhonda Gay Aden Kahn | ☒ 1. There is no presumption of abuse |
| **Debtor 2** Ivan Paul Kahn (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:   Northern District of Georgia | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**          Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
    ☐ **Not married.** Fill out Column A, lines 2-11.
    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
    ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ |  |  |
| Ordinary and necessary operating expenses | -$ _____ |  |  |
| Net monthly income from a business, profession, or farm | $ _____ **Copy here ->** | $ _____ | $ _____ |

6. **Net income from rental and other real property**

|  | Debtor 1 |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ |  |  |
| Ordinary and necessary operating expenses | -$ _____ |  |  |
| Net monthly income from rental or other real property | $ _____ **Copy here ->** | $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

| | | |
|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn | |
| Debtor 2 | Ivan Paul Kahn | Case number (if known) _____ |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ...................................................................$  _____

For your spouse......................................................$  _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any other provision of title 10 than chapter 61 of that title.

$ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

. _____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ......................................................**Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x  12**

12b. The result is your annual income for this part of the form    12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.  ..........................................    13.  $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  /s/ Rhonda Gay Aden Kahn                          X  /s/ Ivan Paul Kahn
Rhonda Gay Aden Kahn                                      Ivan Paul Kahn
Signature of Debtor 1                                          Signature of Debtor 2

Date  February 5, 2024                                    Date  February 5, 2024

02/05/24 5:02 PM

| | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| Debtor 2 | Ivan Paul Kahn |

Case number (*if known*) _____

MM / DD  / YYYY                                     MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1 _____Rhonda Gay Aden Kahn_____

Debtor 2 _____Ivan Paul Kahn_____
(Spouse, if filing)

United States Bankruptcy Court for the:  __Northern District of Georgia__

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ☒ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.  Check any one of the following categories that applies:

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

           ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

           ☐ **I am performing a homeland defense activity for at least 90 days.**

           ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ivan Paul Kahn | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $              463,395.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | $           2,786,981.20 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $           3,250,376.20 |

### Part 2:   Summarize Your Liabilities

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $              987,178.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                   1,780.56 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $           2,117,894.99 |
| | **Your total liabilities** | $           3,106,853.55 |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................. | $                6,710.90 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................... | $                9,175.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

02/05/24 5:02 PM

Debtor 1    Rhonda Gay Aden Kahn
Debtor 2    Ivan Paul Kahn

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 2 of 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Rhonda Gay Aden Kahn |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Ivan Paul Kahn |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules
**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Rhonda Gay Aden Kahn | X /s/ Ivan Paul Kahn |
|---|---|
| Rhonda Gay Aden Kahn | Ivan Paul Kahn |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date    February 5, 2024 | Date    February 5, 2024 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re    Rhonda Gay Aden Kahn
       Ivan Paul Kahn

Case No. _____

                                          Debtor(s)

Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ............................................................ | $ | 8,500.00 |
| Prior to the filing of this statement I have received ........................................... | $ | 8,500.00 |
| Balance Due ......................................................................................................... | $ | 0.00 |

2.    The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Asset and pre-litigation negotiation with trustee and/or creditors as needed (maximum of five(5) hours included in fee)

        Pre-filing analysis and discussions regarding potential creditor claims, non-dischargeability actions and anticipated objections to discharge. Negotiations with any creditor that files a proof of claim that is marked disputed in debtor's schedules. Pre-litigation negotiations with any creditor that threatens an adversary proceeding or other motion or legal proceeding in the Debtor's case.

        If Client wishes to retain Attorney to represent Client in any Adversary Proceeding or Appellate Proceeding that arises in or is related to this case, Client and Attorney shall execute a separate contract setting forth the fee and scope of representation for that proceeding.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions or any other adversary proceeding.

In re    Rhonda Gay Aden Kahn
         Ivan Paul Kahn
                                    Case No. _____
              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

February 5, 2024                          /s/ Ian Falcone
_____          _____
*Date*                                    Ian Falcone 254470
                                          *Signature of Attorney*
                                          The Falcone Law Firm, PC
                                          363 Lawrence St NE
                                          Marietta, GA 30060-2056
                                          (770) 426-9359   Fax:
                                          imf@falconefirm.com
                                          _____
                                          *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia

In re    Rhonda Gay Aden Kahn
Ivan Paul Kahn
_____
                                    Debtor(s)

Case No. _____
Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    February 5, 2024                     /s/ Rhonda Gay Aden Kahn
_____              _____
                                     Rhonda Gay Aden Kahn
                                     Signature of Debtor

Date:    February 5, 2024                     /s/ Ivan Paul Kahn
_____              _____
                                     Ivan Paul Kahn
                                     Signature of Debtor

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| +    $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Accurate Screw Machine
10 Audrey Place
Fairfield, NJ 07004

Aeroxchange
PO Box 975547
Dallas, TX 75397-5547

AGM Fabric
27721 Pacific Hwy
Federal Way, WA 98003

Air Products Co
78 Dawson Village Way N Suite 140-127
Dawsonville, GA 30534

Air Specialists
PO Box 4185
Marietta, GA 30061

Aircraft Hose Store
7800 Freedom Ave NW, North
North Canton, OH 44720

Aircraft Inventory Management & Services
14936 Trend Dr
Dallas, TX 75234

Aircraft Spruce
225 Airport Circle
Corona, CA 92880

All Vac Industries Inc
7350 N Central Park Ave
Skokie, IL 60076

Amazon
410 Terry Ave N
Seattle, WA 98109

Ameripress Printing
200 Fairground St NE
Marietta, GA 30060

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Amex
PO Box 981537
El Paso, TX 79998-1537

Amex
PO Box 60189
City of Industry, CA 91716-0189

Amex
PO box 60189
City of Industry, CA 91716-0189


Anderson Process
21365 Gateway Court
Brookfield, WI 53045


Applied Industrial Technologies
22510 Network Pl
Chicago, IL 60673-1225


Arc Document Solutions LLC
PO Box 953466
Saint Louis, MO 63195-3466


Ashley Sling Inc
PO box 44413
Atlanta, GA 30336


Atlanta Caster
1810 E Auger Dr
Tucker, GA 30084


Atlanta Technology Services
1152 Grassmeade Way
Snellville, GA 30078


Authorize.net
PO Box 947
American Fork, UT 84003-0947


Aviall
2750 Regent Blvd
Dallas, TX 75261


Avibank Manufacturing Inc
29312 Network Place
Chicago, IL 60673-1293


AWC Atl
PO Box 974800
Dallas, TX 75397-4800


B&B Aircraft Supplies
617 Pacific Ave
Osawatomie, KS 66064


Barclays Bank/Old Navy
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Barclays Bank/Old Navy
PO Box 8803
Wilmington, DE 19899-8803

```
Best Buy/Cbna
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040


Best Buy/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497


Bibb Controls Systems
2909 Lanier Heights Rd
Macon, GA 31217


Birnbrey, Minsk, MInsk & Perling LLC
1801 Peachtree St NE Suite 300
Atlanta, GA 30309-1815


Boeing Commercial Airplanes
PO Box 3707
Seattle, WA 98124-2207


Boeing Intellectual Property Licensing
12090 collections Center Dr
Chicago, IL 60693


Bowstone
150 Christa Ct
Ball Ground, GA 30107


Caine & Weiner
5805 Sepulveda Blvd, 4th floor
Van Nuys, CA 91411


Capital Express Group LLC c/o
David Fogel 1225 Franklin Ave Suite 201
Garden City, NY 11530


Capital Express Inc
405 Lexington Ave Suite 900
New York, NY 10174


Capital Express LLC
1161 Bedford Ave
Brooklyn, NY 11216


Capital on Tap
675 Ponce de Leon #8500
Atlanta, GA 30308


CB2 Resorces LLC
455 Lincoln Pkwy E Suite 550
Atlanta, GA 30346


Cintas
FAS Lockbox 636525 PO Box 636525
Cincinnati, OH 45263-6525
```

```
Circle A Fences
1589 Canton Rd
Marietta, GA 30066


Circle Valve Technologies Inc
1533 Gemma
Harleysville, PA 19438


Citicards Cbna
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040


Citicards Cbna
PO Box 6217
Sioux Falls, SD 57117-6217


Cobb Tool Inc
5886 Dodgen Rd SW
Mableton, GA 30126


Colliflower Hose & Fittings
1890 WEst Oak Pkwy
Marietta, GA 30062


Comenitycb/ulta Mc
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125


Comenitycb/ulta Mc
PO Box 182120
Columbus, OH 43218-2120


Crestwood Financial Group
One Odell Plaza Suite 139
Yonkers, NY 10701


CT Corporation System
Attn: SPRS
330 N Brand Blvd Suite 700
Glendale, CA 91203


DB Roberts Company
Box 405026 6000 Feldwood Rd
Atlanta, GA 30349


Digi-Key
701 Brooks Ave South
Thief River Falls, MN 56701


Digital Fed Credit Uni
Attn: Bankruptcy
220 Donald Lynch Blvd
Marlborough, MA 01752-4708
```

Don Leviton
One Pierce Plance Suite 725W
Itasca, IL 60143


E3 Welding
4329 Highborne Dr NE
Marietta, GA 30066


ebay
2025 Hamilton Ave
San Jose, CA 95125


ECAS LLC
399 East Dr
Melbourne, FL 32904


EDM Technologies Inc
325 Bell Park Dr
Woodstock, GA 30188


Elmore & Associates Inc
3340 Peachtree Rd NE Suite 1800
Atlanta, GA 30326


EnviroServe Chemicals Inc
603 South Wilson Ave
Dunn, NC 28334


Envision Health
P.O. Box 13599
Philadelphia, PA 19101


esheaves.com
901 Industrial Blvd
Naples, FL 34104


ESP Receivables Management Inc
PO Box 1547
Mandeville, LA 70470


EURO Machine Building Co Inc
PO  Box 2624
Loganville, GA 30052


Fastenal
2255 McCollum Pkwy Suite 400
Kennesaw, GA 30144


FedEx International
PO Box 660481
Dallas, TX 75266-0481


Flo-Control
80 Center Dr
Cartersville, GA 30121

Fluid Flow Products
3915 Shorten Rd, Ste 101
Charlotte, NC 28217-3047

Ford Tool and Carbide
PO Box576
Birmingham, AL 35201

Fredrick0Shelton & Associates Inc
PO Box 1405
Suwanee, GA 30024

Georgia Department of Revenue
Compliance Division ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Georgia Dept of Labor
148 Andrew Young International Blvd, NE
Suite 752
Atlanta, GA 30303-1751

Georgias Own Cu
Attn: Bankruptcy
PO Box 105205
Atlanta, GA 30348-5205

Gm Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

Gm Financial
PO Box 181145
Arlington, TX 76096-1145

Golder Law LLC
101 Village Pkwy Building 1, Suite 400
Marietta, GA 30067

Goldman Sachs and Co
Salt Lake City Branch PO Box 70321
Philadelphia, PA 19176-0321

Green Note Capital Partners
1019 Avenue P Suite 401
Brooklyn, NY 11223

Green Note Capital Partners SPV LLC
c/o Berkovitch & Bouskila
1545 US 202, Suite 101
Pomona, NY 10970

HFH RG Funding
1876 Lakewood Rd #7
Toms River, NJ 08755

```
HIghland Capital Corporation
370 Pascack Rd
Township of Washington, NJ 07676


Home Depot
449 Roberts Ct NW
Kennesaw, GA 30144


Hose Warehouse/Murdock Industrial Inc
553 Carroll St
Akron, OH 44304


Huntington National Bank c/o
Taft Stettinius & hollister LLP
2200 IDS Center 80 South 8th St
Minneapolis, MN 55402


Hydradyne LLC
PO Box 974799
Dallas, TX 75397


Hydraflow
1881 W Malvern
Fullerton, CA 92833


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jergens Inc
15700 South Waterloo Rd
Cleveland, OH 44110


Johnson Integration Tech
10703 W Seminole St
Tulsa, OK 74115


Joyce Dayton Corp
3300 South Dixie Dr
Dayton, OH 45439


Jpmcb Card
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850


Jpmcb Card
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298


Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369
```

JPMorgan Chase
270 Park Ave, Fl 12
New York, NY 10017


Julia Scallion
20717 Tuolumne Rd N
Tuolumne, CA 95379


Kaizen Solutions-Top Brass
PO Box 7067
Lees Summit, MO 64064


Kapitus
2500 Wilson Blvd Suite 350
Arlington, VA 22201


Kapitus Servicing Inc
c/o Nguyen Ballato 2201 Libbie Ave
Richmond, VA 23230


Keith Mitchell
2322 Westland Way
Acworth, GA 30102


Knightsbridge Funding LLC
40 Wall St  Suite 2903
New York, NY 10005


Law Offices of Isaac H Greenfield PLLC
2 Executive Blvd, Ste 305
Suffern, NY 10901


Lightstream
Attn: Bankruptcy
200 Pine St W
Wilson, NC 27893-3922


Lightstream
600 W Broadway
Ste 2000
San Diego, CA 92101-3358


Loan & Leasing Services
370 Pascack Rd
Township of Washington, NJ 07676


Macquarie Equipment Capital
1301 Riverplace Blvd
Jacksonville, FL 32207


Marcus by Goldman Sachs
Goldman Sachs Bank USA PO Box 70379
Philadelphia, PA 19176-0379

Marietta Power
PO Box 609
Marietta, GA 30061


May Technology & Mfg Inc
2922 Wheeling AVe
Kansas City, MO 64129


McMaster-Carr
PO BOX 7690
Chicago, IL 60680


McNeel Family Limited Partnership
c/o Rozen Rozen & Reilly, LLP
248 Roswell St, SE Suite 100
Marietta, GA 30060


Meridian Equipment Finance c/o
Attn: Nathaniel Reed, Senior Collector
367 Eagleview Blvd
Exton, PA 19341


Meridian Equipment Finance LLC c/o
Saldutti Law Group
1700 Market St Suite 1005
Philadelphia, PA 19103


Metal Supermarkets
1000 Williams Dr Suite 1012
Marietta, GA 30066


Mink's Fabrication
150 Oak Blackberry Trail
Canton, GA 30114


Modus Advanced Inc
1575 Greenville Rd
Livermore, CA 94550


MOhawk Rubber
PO Box 735219
Chicago, IL 60673-5219


Morgan Aero Products
1450 80th St SW
Everett, WA 98203


Motion Industries
1605 Alton Rd
Birmingham, AL 35210


MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635

```
Nameplates Inc
PO Box 4608
Tulsa, OK 74159


Nav-Aids
2955 Diab Street
Montreal, QC H4S 1M1 Canada


Newark/Element 14
33190 Collection Center Dr
Chicago, IL 60693-0331


NexAir
PO Box 125
Memphis, TN 38101


Olympic Case Company
9110 King Palm Dr Suite 101
Tampa, FL 33619


Omega Technologies
31125 Via Colinas Suite 905
Thousand Oaks, CA 91362


Online Carbide
438 West Railroad Ave
Batesburg, SC 29006


Online Metals.com
PO Box 894118
Los Angeles, CA 90189-4118


Orkin
1007 Mansell Rd Suite E
Roswell, GA 30076


Oscar Health Inc
75 Varick St, 5th floor
New York, NY 10013


OSHCUT LLC
165 N 1330 W #C4
Orem, UT 84057


P S E C U
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106-7013


P S E C U
PO Box 1006
Harrisburg, PA 17108-1006
```

```
Pentagon Federal Cr Un
Attn: Bankruptcy
PO Box 1432
Alexandria, VA 22313-1432


Pentagon Federal Cr Un
1001 N Fairfax St
Alexandria, VA 22314-1797


Plano Molding
431 E South St
Plano, IL 60545


PSI-Tronix
Force Switch Corp PO Box 3503
San Dimas, CA 91773


Quench USA Inc
630 Allendale Rd Suite 200
King of Prussia, PA 19406


Radius Global Solutions
P.O. Box 390915
Minneapolis, MN 55439-0915


Rapid Finance
4500 East West Highway 6th floor
Bethesda, MD 20814


Reid Supply
1269 E MOunt Garfield Rd Suite E
Muskegon, MI 49441


RiggingWarehouse.com
1 Tomsons Rd #100
Saugerties, NY 12477


Road Runner Recycling
PO Box 6011
Hermitage, PA 16148


Rocketloans
Attn: Bankruptcy
1050 Woodward Ave
Detroit, MI 48226-3573


Rocketloans
1274 Library St
Detroit, MI 48226-2256


Safran Landing Systems
Inovel Parc Sud 7
Rue General Valerie Andree 78140 Velizy
```

Satair USA Inc
PO Box 74008759
Chicago, IL 60674-8759


SCANA Energy
PO box 105046
Atlanta, GA 30348-5046


Seal Dynamics
Attn: Accounting
2 Adams Ave
Hauppauge, NY 11788


Service Steel Aerospace
3359 Bruening Cir SW
Canton, OH 44706


Silverline Services Inc
265 Sunrise Hwy Suite 236
Rockville Centre, NY 11570


SkyGeek
30 Airway Dr
Lagrangeville, NY 12540


Snap-On
1461 Field Park Circle
Marietta, GA 30060


Sofi Bank
Attn: Bankruptcy
PO Box 1022
Chesterfield, MO 63006-1022


Sofi Bank
1 Letterman Dr
San Francisco, CA 94129-1494


South State Bank successor by merger
Atlantic Capital Bank  1101 1 st S
Winter Haven, FL 33880


Southern Tool Steel
PO Box 731036
Dallas, TX 75373-1036


Speed Machine LLC
3348 Hogansville Rd
Lagrange, GA 30241


Spencer Aircraft
16911 103rd Ave Ste 102
Puyallup, WA 98374

Staples Business Advantage
PO box 405386
Atlanta, GA 30348-5386


Supersonic Funding
1608 S Ashland Ave #35697
Chicago, IL 60608


Swaglok
PO Bpx 746832
Atlanta, GA 30374-6832


Syncb/Belk Dual Card
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Syncb/Belk Dual Card
PO Box 71750
Philadelphia, PA 19176


Syncb/mc
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Syncb/mc
PO Box 71727
Philadelphia, PA 19176


Syncb/Sync Bank Luxury
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Syncb/Sync Bank Luxury
PO Box 71757
Philadelphia, PA 19176


Tax Credit Co LLC
PO Box 841971
Los Angeles, CA 90084-1971


TCF
11100 Wayzata Blvd Suite 801
Hopkins, MN 55305


Td Auto Finance
Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223


Td Auto Finance
PO Box 9223
Farmington, MI 48333-9223

```
Telecom Selfreported
PO Box 4500
Allen, TX 75013


Thomson Industries
48767 Kato Rd
Fremont, CA 94538


Threads for the South
1076 King Industrial Dr
Marietta, GA 30062


ToolSource.com
PO Box 149
Salamanca, NY 14779


Truist Bank
Attn: Bankruptcy
214 N Tryon St
Ste 3
Charlotte, NC 28202-1023


Truist Bank
PO Box 200
Wilson, NC 27894-0200


Truist Bank
PO Box 849
Wilson, NC 27894-0849


Truist Bank
PO Box 400
Wilson, NC 27894-0400


Truist Card Services
PO Box 200
Wilson, NC 27894-0200


Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


United Metalcraft
1215 Hayes Industrial Dr
Marietta, GA 30062


UPS
PO box 7247-0244
Philadelphia, PA 19170


US Bank
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201-5229
```

```
US Small Business Administration
2 North St Suite 320
Birmingham, AL 35203


Utility Selfreported
PO Box 4500
Allen, TX 75013


Vallen Distribution Inc
PO Box 404753
Atlanta, GA 30384-4753


Velmex
7550 State Route 5 & 20
Bloomfield, NY 14469


Wells Fargo Bank
Attn: Bankruptcy
1 Home Campus
# MAC X2303-01A FL 3
Des Moines, IA 50328-0001


Wells Fargo Bank
PO Box 393
Minneapolis, MN 55480-0393


Wells Fargo Hm Mortgag
Written Correspondence Resolutions
PO Box 10335
Des Moines, IA 50306-0335


Worthco
PO box 88
Stevens Point, WI 54481


Yardstore
725 E Central
Wichita, KS 67201


Zoro Tools
PO Box 5233
Janesville, WI 53547-5233
```